AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PETER KOSTYSHYN et al
Plaintiff

v.

GOV. R.A. MINNER, STATE OF DE et al
Defendant(s)

06-528

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT
APPLICATION FOR COUNSEL ASSIGNMENT
APPLICATION FOR CLASS ACTION STATUS
CASE NUMBER:

I, PETER KOSTYSHYN, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I request that fees or costs be reconsidered at conclusion of case, that if DEF'ts are found guilty that those responsible parties be held responsible. I request assignment of counsel, possibly A.C.L.U. and class action status.
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration BUT (AS OF @ 5/3/6 MAYBE RELEASED FROM LEVEL 4 HOME CONFINEMENT, I AM RE-PRESENTED BY DE PUBLIC DEF. IN PENDING DE SUPREME CT. CASES

   Inmate Identification Number (Required): 451255

   Are you employed at the institution? —  Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   UNEMPLOYED SINCE ORIGINAL 8 YEAR LEVEL 5 INCARCERATION WAS TO START, @ 2003,

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☑ | ☐ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.
   MY SURVIVAL etc, dependant on family support, VALUE @ ≤ $10,000.00 during past 12 months. I WILL REPAY THOSE AMOUNTS, I CONSIDER THOSE OBLIGATIONS TO REPAY.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 25 PM 2: 06

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $ _See below_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value.

   I Request a hearing to fully explain asset / liability situation, THIS FORM DOES NOT ALLOT FOR DISCLOSURE OF JUDGEMENTS, LIENS, etc., CLAIMS AGAINST ASSETS. There is Chancery Court + other Court actions etc. pending that currently make it DIFFICULT/IMPOSSIBLE TO DESCRIBE. AT HEARING I WILL EXPLAIN TO THE BEST OF MY ABILITY. i.e. I understand THAT LIABILITIES AGAINS ME ARE GREATER THAN $100,000.00, COUPLED WITH PENDING CRIMINAL CASES WILL POSSIBLY EXCE $300,000.0

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   MY FAMILY, MY BELOVED SISTER, BROTHER. I HAVE AND CONTINUE TO CONTRIBUTE ALL MY AVAILABLE STRENGTHS, ASSETS, etc., FOR THEIR SUPPORT. I AM THEIR OLDER BROTHER AND WE SUPPORT EACH OTHER.

I declare under penalty of perjury that the above information is true and correct.

8/25/6
DATE

[signature]
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.