(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PETER KOSTYSHYN et al

_____

(Name of Plaintiff or Plaintiffs)

v.                                          CIVIL ACTION NO. 06-528

GOV. R.A. MINNER, STATE OF DELAWARE; INDIVIDUAL EMPLOYEES, ASSIGNEES, OF
(et al)
DE DEPT. OF CORRECTIONS; FIRST CORRECTIONS MEDICAL; NEWCASTLE COUNTY GOVERNMENT, CHRIS
(Name of Defendant or Defendants)
COONS (et al); TOWN OF BELLEFONTE

## COMPLAINT

1. This action is brought pursuant to CIVIL RIGHTS VIOLATIONS; §1983, RICO ACTS,
   (Federal statute on which action is based)

   for discrimination related to RACE, SEX, RELIGION, etc.,  jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   U.S. CONSTITUTION, BILL OF RIGHTS, et al
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at 634 GOVERNOR HOUSE CIRCLE
                       (Street Address)
   EDGEMOOR,    NEWCASTLE,    DE     19809
   (City)       (County)      (State) (Zip Code)
   302 762 5553
   (Area Code) (Phone Number)

                                AND DE EMPLOYEES, etc.;
3. Defendants resides at, or its business is located at 820 N.FRENCH; 1301 E.12TH; etc.,
                                                        (Street Address)
   WILM.,   NEW CASTLE    DE    19801
   (City)   (County)      (State) (Zip Code)

4. The alleged discriminatory acts occurred on WITHIN STATUTE OF LIMITATIONS AND ARE
                                               (Day)   (Month)   (Year)
   ONGOING

5. The alleged discriminatory practices ☒ is /☐ is not continuing IN VARIOUS FORMS AND PRACTICES

6. Plaintiff(s) filed charges with the DEPT OF CORRECTIONS AT HRYCI, DCC, GRIEVANCE REPORTS, WITH DEF'TS AT VARIOUS (Agency) AGENCIES, GOVERNMENTS, etc.,
1301 E. 12 et al    WILM., NEWCASTLE DE 19801
(Street Address)  (City)  (County)  (State) (Zip)
SMYRNA LANDING RD.    SMYRNA    DE 19977 etc.
regarding defendant(s) alleged discriminatory conduct on: MULTIPLE DATES
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above. —ALL REFUSE RESPONSES/DECISIONS BASED ON VARIOUS REASONS, THEIR REFUSALS TO RESPOND, etc.

8. Was an appeal taken from the agency's decision?    Yes ☒    No ☐
If yes, to whom was the appeal taken? TO THIS COURT ON THIS DAY

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary) THE DE A.G. OFFICE, MY COURT APPOINTED COUNSEL APPEAR TO KNOWINGLY HAVE RECENT KNOWLEDGE OF THE POSSIBLE NON-JURISDICTION OF NCC POLICE TO ARREST/PROSECUTE DE STATE CRIMINAL STATUTES DURING THE TIME OF MY ORIGINAL ARREST. THEY REFUSE TO RESPOND TO FACTS I PRESENTED THEM. THE STATE OF DE FCM Bellefonte, DEF'TS HAVE KNOWLEDGE AND ACTED IN VIOLATIONS OF RICO ACTS BY ALLOWING MY SEVERE MISTREATMENTS, BEATINGS, SUFFERING WHILE IN THEIR CUSTODY AT LEVELS 5 (INCARCERATIONS AT HRYCI, DCC, PLUMMER CENTER, SCI, etc.), 4, 3, 1, DURING PAST YEARS. I BELIEVE U.S. ATTORNEYS OFFICE HAS KNOWLEDGE AND POSSIBLE VIDEOTAPES, DOCUMENTS, FILES, etc., ON THIS MATTER. I HAVE HAD CONVERSATIONS, COMPLAINT FILING WITH THAT OFFICE MOST RECENTLY U.S. ATTNY LEN STARK. I ASK THAT THE COURT NOTICE AND BRING TO A HEARING THE DEF'TS ALONG WITH ANTHONY FIGLIOLA ESQ. RICHARD WIER ESQ. TO INFORM THE COURT (FOR THE RECORD) OF THEIR INVOLVMENT, KNOWLEDGE OF THE FACTS WHICH THEY BECAME AWARE OF WHEN THEY REPRESENTED ME IN THESE RELATED CRIMINAL CASES THAT EFFECTED MY FREEDOM, RIGHTS, etc., UNKNOWN TO ME ARE MANY FACTS BEING KEPT FROM ME, THE SCOPE OF REPRESENTATIONS BY THE ATTORNEYS NOTED ABOVE AND PUBLIC DEFENDER LARRY SULLIVAN MUST BE DISCLOSED FOR THE RECORD, THEIR AND DEF'TS ACTIONS ARE ACCOUNTABLE TO THIS COURT.

10. Defendant's conduct is discriminatory with respect to the following:

A. ☒ Plaintiff's race
B. ☒ Plaintiff's color
C. ☒ Plaintiff's sex
D. ☒ Plaintiff's religion
E. ☒ Plaintiff's national origin

✓ OTHER

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

I believe this to be an ongoing racketeering activity experienced by similar class of convicts, felons, etc. Any award of monetary I ask be trebled (which I believe) the statute allows. I ask for total expungement of my felony charges, convictions, etc. along with expungement of related family members' felony convictions. I/we ask our voting rights, and all other rights taken from us be reinstated. I ask only for fundamental fairness, equity, restoration of lost assets, values, medical expenses, etc., to put me back to positions I was prior to my illegal convictions and incarcerations, beatings, sufferings, etc., which I have endured needlessly.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/25/6

_____
(Signature of Plaintiff)

06-528

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Peter Kostishyn

**DEFENDANTS**
DE DEPARTMENT OF CORRECTION
U.S ATTORNEY COLM CONNOLLY,
DE GOV. R.A. MINNER
DE A.G. CARL DANBERG, et al

(b) County of Residence of First Listed Plaintiff: NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

634 GOVERNOR HOUSE CIRCLE
EDGEMOOR, DE 19809

County of Residence of First Listed Defendant: NEW CASTLE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO SE   302 7625553

Attorneys (If Known)
DE A.G. CARL DANBERG
U.S. ATTNY COLM CONNOLLY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☒ 530 General |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
1983 U.S. CONSTITUTION, BILL OF RIGHTS etc.

Brief description of cause:
CRUEL, UNUSUAL PUNISHMENT, BEATINGS, INHUMANE TREATMENTS, THEFT OF PROPERTY

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ___  DOCKET NUMBER ___

DATE 8/25/6    SIGNATURE OF ATTORNEY OF RECORD  Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____06-528_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___13___ COPIES OF AO FORM 85.

___AUG 25 2006___  
(Date forms issued)    (Signature of Party or their Representative)

___Peter Kostyshyn___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action