IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER KOSTYSHYN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-528 GMS |
| | ) |
| GOV. R.A. MINER, | ) |
| STATE OF DELALWARE, | ) |
| DE DEPT. OF CORRECTIONS, | ) |
| FIRST CORRECTIONS MEDICAL, | ) |
| NEW CASTLE COUNTY GOVERNMENT, | ) |
| CHRIS COONS, | ) |
| TOWN OF BELLEFONTE, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 25th day of Sept, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

