IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER KOSTYSHYN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-528-GMS |
| | ) |
| GOV. R. A. MINNER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Peter Kostyshyn, filed a complaint on August 25, 2006 (D.I. 2);

WHEREAS, on November 16, 2006, an order was entered dismissing the complaint and giving plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 5);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 6th day of Feb., 2007, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE

FILED

FEB - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE